

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2017

No. 04-17-00617-CV

**IN THE INTEREST OF K.R.C., A CHILD**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1487-CV
Honorable James Rausch, Judge Presiding

# O R D E R

Appellant, who is pro se, filed what he designated as a notice of restricted appeal in the trial court on September 21, 2017. The document was filed in this court on September 25, 2017. Appellant purports to appeal a final judgment granting a default judgment entered by the trial court on April 11, 2017. However, the trial court clerk's record, which was filed on November 14, 2017, does not indicate a default judgment was taken against appellant. Rather, the trial court clerk's record reflects trial is set for December 19, 2017.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 196 (Tex. 2001). A judgment is final for appellate purposes if it disposes of all pending parties and claims in the record. *Id.* Because it appears there is no final judgment or appealable order in this matter, it appears there is nothing from which appellant may appeal at this time.

Accordingly, we **ORDER** appellant to file a written response in the court on or before **December 18, 2017**, showing why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, this appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify this court that such a request was made. All deadlines in the matter are suspended until further order of the court.

We **order** the clerk of this court to serve a copy of this order on the trial court, appellant, appellee, the district clerk, and the court reporter.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2017.



KEITH E. HOTTLE,
Clerk of Court